IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis Humberto Pilatuna Gualoto,<br><br>           Petitioner,<br><br>vs.<br><br>Pamela Bondi, et al.,<br><br>           Respondents. | Case No. 0:26-cv-00625-DMT-EMB |

## ORDER TRANSFERRING VENUE

[¶1] THIS MATTER comes before the Court upon full briefing on the Emergency Petition for Writ of Habeas Corpus filed on January 24, 2026. Doc. Nos. 1, 5–6, 8–9. Respondents claim this Court lacks jurisdiction because Petitioner was in Texas at the time the Petition was filed. On January 29, 2026, this Court issued an Order for Respondents to Provide Additional Information requesting Respondents to provide information relating to the Petitioner's detention location at the time the Petition was filed. Doc. No. 7. Respondents filed a Supplemental Response to the Order on January 30, 2026. Doc. No. 8.

[¶2] Based on the Supplemental Response and attached Declaration of Deportation Officer Angela Minner, it is evident that Petitioner was transferred to El Paso, Texas on January 15, 2026, and then to Pearsall, Texas on January 22, 2026, two days before the Petition was filed. See Doc. No. 9, pp. 2–3. Accordingly, this Court lacks subject matter jurisdiction over this case. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement."). Since Petitioner was located in Pearsall,

Texas when the Petition was filed, transfer to the Western District of Texas is in the interest of justice. 28 U.S.C. § 1406(a).

[¶3]   Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western District of Texas for all further proceedings and disposition of all remaining motions.

[¶4]   **IT IS SO ORDERED.**

DATED January 30, 2026.

Daniel M. Traynor, District Judge
United States District Court